## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                        Chapter 13

                                                        Bankruptcy No. 19-10110-ELF

KIM D MOODY

5604 BLOYD STREET

PHILADELPHIA, PA 19138

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KIM D MOODY

    5604 BLOYD STREET

    PHILADELPHIA, PA 19138

Counsel for debtor(s), by electronic notice only.

    ROBERT CAPTAIN LEITE-YOUNG
    6950 CASTOR AVENUE

    PHILADELPHIA, PA 19149-

Date: 5/9/2019                            /S/ William C. Miller
                                                  _____
                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee