**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| **KIM D. MOODY** | : | |
| Debtor | : | |
| **SPECIALIZED LOAN SERVICING, LLC, et al** | : | |
| Movant | : | CASE NO.: 19-10110-elf |
| VS. | : | |
| | : | |
| **KIMD D. MOODY** | : | |
| | : | **11 U.S.C. §362** |
| **WILLIAM C. MILLER** | : | |
| | : | |
| Respondent(s) | : | |

---------------------------------------------------X

**OBJECTIONS/RESPONSE TO CREDITOR'S MOTION FOR RELIEF**
**FROM STAY PURSUANT TO 11 U.S.C SECTION 362(d)(1)**

Debtor in this matter, by and through the undersigned counsel responds to the instant Motion and states the following grounds therefore:

1.     Admitted.

2.     Admitted.

3.     Admitted.

4.     Denied as stated. Debtor has taken all steps required by him under law to this point in this case and is in the process of correcting any payment issues concerning this Mortgage loan.

5.      Admitted.

6.      Admitted.

7.      Denied as stated. Debtor has taken all steps required by him under law to this point in this case and is in the process of correcting any payment issues concerning this Mortgage loan.

8.      Denied. Movant has not demonstrated in any manner that said averment is true and correct.

9.      Denied. Debtor, is in the process of correcting any payment issues concerning her Chapter 13 Payments.

10.      Denied as a conclusion of law. Therefore, the requested relief is premature.

11.      Denied. Movant has not demonstrated in any manner that said averment is true and correct.


**WHEREFORE,** Debtors pray that Movant's Motion be denied, and for such other further relief the Court deems just and proper.


Date: May 24, 2019
      Philadelphia, Pennsylvania


                          /s/ Robert Leite-Young
                          Robert Leite-Young, Esquire
                          Attorney for Debtor
                          6950 Castor Avenue
                          Philadelphia, Pa 19149
                          (267) 388-9972
                          Rleite@roachleite.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
--------------------------------------------------X
In re:                                            :
                                                           CHAPTER 13
KIM D. MOODY                                      :

              Debtor                              :

SPECIALIZED LOAN SERVICING, LLC, et al :

              Movant                              :        CASE NO.: 19-10110-elf

    VS.                                           :

                                                  :

KIMD D. MOODY                                     :        11 U.S.C. §362


WILLIAM C. MILLER                                 :

                                                  :
              Respondent(s)                       :
--------------------------------------------------X
```

**CERTIFICATE OF SERVICE**

        I, Robert Leite-Young, certify that on this 24th day of May 2019, the following Debtor's Response has been served upon the following parties, at the addresses designated by said parties for that purpose via the Court's ECF electronic filing system to the following parties of record:

Rebecca A. Solarz, Esq.                          Trustee William C. Miller, Esq.
KML Law Group, P.C.                              *(electronically)*
701 Market Street, Ste 5000
Philadelphia, PA 19106


Date: May 24, 2019
        Philadelphia, Pennsylvania


                                                 /s/ Robert Leite-Young
                                                 Robert Leite-Young, Esquire
                                                 Attorney for Debtor

6950 Castor Avenue
Philadelphia, Pa 19149
(267) 388-9972
Rleite@roachleite.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------X

In re:                                           :

                                                   CHAPTER 13

**KIM D. MOODY**                                 :

                    Debtor                       :

**SPECIALIZED LOAN SERVICING, LLC, et al** :

                    Movant                       :        CASE NO.: 19-10110-elf

    VS.                                          :

                                                 :

**KIMD D. MOODY**                                

                                                 :        **11 U.S.C. §362**

**WILLIAM C. MILLER**                            :

                                                 :

                    Respondent(s)                

---------------------------------------------------**X**        :

**ORDER DENYING MOVANT MOTION FOR REEIF FROM THE AUTOMATIC STAY**


        AND NOW, this_____ day of_____, 20____, upon consideration of

Movant's Motion pursuant to 11 U.S.C. §362 and Debtor's Response, it is hereby ORDERED

AND DECREED that said Motion is DENIED.


DATED: Philadelphia, Pennsylvania

_____ ____, 2019


                                        _____
                                        Hon. Eric L. Frank
                                        United States Bankruptcy Judge
                                        Eastern District of Pennsylvania