# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 19-10110-ELF

KIM D MOODY

5604 BLOYD STREET

PHILADELPHIA, PA 19138

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KIM D MOODY

    5604 BLOYD STREET

    PHILADELPHIA, PA 19138

**Counsel for debtor(s), by electronic notice only.**
    ROBERT CAPTAIN LEITE-YOUNG
    6950 CASTOR AVENUE

    PHILADELPHIA, PA 19149-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                          /s/ William C. Miller

Date: 6/5/2019

                                          _____
                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee