**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
IN RE:

KIM D. MOODY                                   Bankruptcy No.  19-10110-elf


                    Debtor                                   Chapter 13

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I hereby certify that the within 1st Amended Chapter 13 Plan was served upon all parties of interest by First Class Mail, unless served electronically, at the below address on August 13, 2019.

*Credit Suisse First Boston Mortgage*          *U.S. Bank, N.A.*
*3476 Stateview Blvd*                          *425 Walnut Street*
*Fort Mill, SC 29715*                          *Cincinnati, OH 45202*

*Credit One Bank*                              *Kay Jewelers*
*PO Box 98872*                                 *375 Ghent Road*
*Las Vegas, NV 89193*                          *Akron, OH 44333*

*SYNCB/JCP*
*PO Box 965007*
*Orlando, FL 32896*

Chapter 13 Trustee William C. Miller, Esq.
1234 Market Street
18-341
Philadelphia, PA 191`07
*(electronically and email)*                   Respectfully submitted,

                                               s/ Robert Leite-Young
                                               Counsel for Debtor